*Judge Pauley*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

    - v. -                             :    07 Cr.

EDWARD FEUER,                      :

              Defendant.       :

- - - - - - - - - - - - - - - - x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 19 2007

INDICTMENT

07 CRIM 975

## COUNT ONE

The Grand Jury charges:

From at least in or about June 2006 up to and including on or about July 20, 2007, in the Southern District of New York and elsewhere, EDWARD FEUER, the defendant, unlawfully, willfully, and knowingly, did receive and distribute child pornography, and material that contained child pornography, as that term is defined in Title 18, United States Code, Section 2256(8), that has been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, FEUER downloaded images of child pornography via the Internet to his Government computer in 26 Federal Plaza in Manhattan.

(Title 18, United States Code, Section 2252A(a)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

EDWARD FEUER,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 2252A(a)(2))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*   Oct. 19, -07

Foreperson.

RC
10/19/07

Indictment filed, Judge Pauley assigned.

F. Maas, USMJ