

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-25-07
```

October 25, 2007

Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:    <u>United States v. Edward Feuer</u>,
            07 Cr. 975 (WHP)

Dear Judge Pauley:

      Defendant in the above-captioned matter was indicted on October 19, 2007, and is scheduled to appear before your Honor for a pretrial conference on November 2, 2007, at 3:15 pm. <u>The Government respectfully requests that the Court exclude the time under the Speedy Trial Act until November 2, 2007, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).</u>

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

      By:    David A. O'Neil
              Assistant United States Attorney
              Telephone:   (212) 637-2533
              Facsimile:    (212) 637-2937

cc:    David Patton

*Application Granted.*

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.

10-25-07