```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-16-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA,                   :
                                            :       07 Cr. 975 (WHP)
                                            :
            -against-                       :       ORDER
                                            :
EDWARD C. FEUER,                            :
                                            :
                        Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        For the reasons set forth on the record by the Court during the proceedings held on November 9, 2007, it is

        ORDERED that defendant Edward C. Feuer shall retain counsel to represent him in this criminal action.

Dated: November 15, 2007
      New York, New York

                                                  SO ORDERED:

                                                  WILLIAM H. PAULEY III
                                                        U.S.D.J.