# KLEEBLATT, GALLER & ABRAMSON, L.L.C.

ROBERT J. KLEEBLATT
RICHARD P. GALLER*
RONALD M. ABRAMSON
IAN S. KLEEBLATT
THOMAS MC CONNELL

OF COUNSEL
ALAN A. DAVIDSON
LEONARD S. SINGER
NEAL FELLENBAUM*
JEFFREY H. ZEGEN+
JULIAN ALAN SCHULMAN*

*MEMBER OF NY AND NJ BAR
+MEMBER OF NY BAR ONLY

COUNSELLORS AT LAW
25 MAIN STREET
HACKENSACK, NJ 07601-7032

(201) 342-1800
DIRECT TEL. EXT. 227

FAX NO: (201) 342-1848

E-MAIL: RICHARD@KGALAW.COM

WAYNE OFFICE
48 MOUNTAINVIEW BLVD
WAYNE, NJ 07474
(973)696-1700

NEW YORK OFFICE
144 EAST 44TH STREET
NEW YORK, NY 10017
(212) 986-4848

1 EXECUTIVE BLVD - SUITE 202
SUFFERN, NY 10901
(914) 368-0104

OUR FILE NO.:

January 9, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-14-08

**VIA FACSIMILE**: (212) 805-6390
Honorable William H. Pauley, III
US Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  United States and Ed Feuer
     Indictment # 07 Cr. 975

Dear Judge Pauley:

Please be advised that I am requesting a one or two week adjournment of the Status Conference scheduled before Your Honor on Friday, January 12, 2008 at 2:30 p.m., as I have bronchitis and other ailments, which I need to recover from.

I have the consent of David O'Neil, U.S. attorney's office, in my request for same.

Thank you for your attention in this regard.

Application Granted on Consent of
SO ORDERED: The Government. Conference
Adjourned to 1-25-08
at 12:45 p.m.

WILLIAM H. PAULEY III U.S.D.J.
1-10-08

Respectfully requested,

KLEEBLATT, GALLER, ABRAMSON, LLC

By: _____
    Richard P. Galler

RPG/md