# KLEEBLATT, GALLER & ABRAMSON, L.L.C.

| | | |
|---|---|---|
| ROBERT J. KLEEBLATT<br>RICHARD P. GALLER*<br>RONALD M. ABRAMSON<br>IAN S. KLEEBLATT<br>THOMAS MC CONNELL<br>——<br>OF COUNSEL<br>ALAN A. DAVIDSON<br>LEONARD S. SINGER<br>NEAL FELLENBAUM*<br>JEFFREY H. ZEGEN+<br>JULIAN ALAN SCHULMAN*<br>*MEMBER OF NY AND NJ BAR<br>+MEMBER OF NY BAR ONLY | COUNSELLORS AT LAW<br>25 MAIN STREET<br>HACKENSACK, NJ 07601-7032<br>———<br>(201) 342-1800<br>DIRECT TEL. EXT. 227<br>———<br>FAX NO: (201) 342-1848<br>———<br>E-MAIL: RICHARD@KGALAW.COM | WAYNE OFFICE<br>48 MOUNTAINVIEW BLVD<br>WAYNE, NJ 07474<br>(973)696-1700<br>——<br>NEW YORK OFFICE<br>144 EAST 44TH STREET<br>NEW YORK, NY 10017<br>(212) 986-4848<br>——<br>1 EXECUTIVE BLVD - SUITE 202<br>SUFFERN, NY 10901<br>(914) 368-0104 |

OUR FILE NO.:

January 15, 2008

**VIA FACSIMILE**: (212) 805-6390
Honorable William H. Pauley, III
US Courthouse
500 Pearl Street
New York, New York 10007-1312

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 1-24-08]

          Re:    United States and Ed Feuer
                  Indictment # 07 Cr. 975

Dear Judge Pauley:

    Thank you for adjourning the January 11, 2008 Status Conference, in light of my illness.

    As counsel for Ed Feur, please be advised that I waive all speedy trial issues, regarding this adjournment in connection with this matter with the consent of the government.

    Thank you for your attention in this regard.

                          Respectfully requested,

                          KLEEBLATT, GALLER, ABRAMSON, LLC

                By: _____
                          Richard P. Galler

RPG/md
cc:    David O'Neill

Application Granted. Conference Adjourned to 1-29-08 at 12:45 pm

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

1-23-08