# KLEEBLATT, GALLER & ABRAMSON, LLC

ROBERT J. KLEEBLATT
RICHARD P. GALLER*
RONALD M. ABRAMSON
IAN S. KLEEBLATT
THOMAS MC CONNELL

OF COUNSEL
ALAN A. DAVIDSON
LEONARD S. SINGER
NEAL FELLENBAUM*
JEFFREY H. ZEGEN+
JULIAN ALAN SCHULMAN*

*MEMBER OF NY AND NJ BAR
+MEMBER OF NY BAR ONLY

COUNSELLORS AT LAW
25 MAIN STREET
HACKENSACK, NJ 07601-7032

(201) 342-1800
DIRECT TEL. EXT. 227

FAX NO: (201) 342-1848

E-MAIL: RICHARD@KCALAW.COM

WAYNE OFFICE
48 MOUNTAINVIEW BLVD
WAYNE, NJ 07474
(973)696-1700

NEW YORK OFFICE
144 EAST 44TH STREET
NEW YORK, NY 10017
(212) 986-4848

1 EXECUTIVE BLVD - SUITE 202
SUFFERN, NY 10901
(914) 368-0104

OUR FILE NO.:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/08

April 17, 2008

RECEIVED
APR 17 2008
CHAMBERS OF
WILLIAM H. PAULEY III
U.S.D.J.

**VIA FACSIMILE**: 212-805-6390
Honorable William H. Pauley, III
US Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  United States and Ed Feuer
     Indictment # 07 Cr. 975

Dear Judge Pauley:

Pursuant to Your Honor's instruction, I make this application to the Court to move to be relieved as counsel, to be heard on short-notice or as early as the Court may deem appropriate.

The Defendant has become quite a problem in his own defense as he refuses to cooperate with me and has forbidden me to file pre-trial motions and/or briefs and will not consult with me about the trial and its ramifications. He has also refused to retain a computer expert as well as a software/Photoshop expert. My client has signed a retainer, which allows such experts, but he refuses them. Mr Feuer has stated to me that he feels that he could have done a better job without my legal assistance. He also stated that I have done nothing for him and that I have not worked efficiently on his behalf. He has no faith in my expertise and does not want me to represent him. I have clearly indicated to my client that if these issues are not resolved by April 16, 2008, I will have no other choice, but to make application to the Court to be relieved as counsel. I believe that the attorney-client relationship is irretrievably broken.

I also want Your Honor to be aware, that I have an upcoming planned vacation for the week of April 20, 2008 through April 26, 2008, but will be available on April 18, 2008.

Thank you for Your Honor's attention and consideration in this regard.

THE PARTIES ARE DIRECTED TO APPEAR FOR A CONFERENCE CONCERNING THIS ISSUE ON APRIL 18, 2008 AT 3:45 PM

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

Respectfully requested,
KLEEBLATT, GALLER, ABRAMSON, LLC

By: _____
    Richard P. Galler

RPG/md
cc:  Mark Lanpher (212-637-2937)