UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,

           :  07 Cr. 975 (WHP)

           :  <u>ORDER</u>

    -against-

           :

ED FEUER,

           :

      Defendant.

           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

    This Court received the attached letter from Richard P. Galler, counsel to the defendant, Ed Feuer. Accordingly, the final pre-trial conference is adjourned to May 22, 2008 at 2:00 p.m. and jury selection and trial is adjourned to May 27, 2008 at 9:45 a.m. Motions in limine are due by May 12, 2008, oppositions are due by May 19, 2008, and replies are due by May 21, 2008. Voir dire and requests to charge are due by May 19, 2008.

    Since this adjournment is necessary to allow time for defense counsel to recover from his injuries in order to effectively represent the defendant, the Court prospectively excludes the time from May 5, 2008 until May 27, 2008 from Speedy Trial Act calculation. The Court finds that this continuance serves to ensure the effective assistance of counsel and to prevent any miscarriage of justice. Additionally, I find that the ends of justice served by such a continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(a).

Dated: May 1, 2008
   New York, New York

                SO ORDERED:

                _____
                WILLIAM H. PAULEY III
                U.S.D.J.

*Counsel of record:*

Mark Lanpher, Esq.
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
*Counsel for Government*

Robert Galler, Esq.
Kleeblatt, Galler, & Abramson, L.L.C.
25 Main Street
Hackensack, NJ 07601
*Counsel for Defendant*

# KLEEBLATT, GALLER & ABRAMSON, L.L.C.

| | | |
|---|---|---|
| ROBERT J. KLEEBLATT<br>RICHARD P. GALLER*<br>RONALD M. ABRAMSON<br>IAN S. KLEEBLATT<br>THOMAS MC CONNELL<br>———<br>OF COUNSEL<br>ALAN A. DAVIDSON<br>LEONARD S. SINGER<br>NEAL FELLENBAUM*<br>JEFFREY H. ZEGEN+<br>JULIAN ALAN SCHULMAN*<br>*MEMBER OF NY AND NJ BAR<br>+MEMBER OF NY BAR ONLY | COUNSELLORS AT LAW<br>25 MAIN STREET<br>HACKENSACK, NJ  07601-7032<br>———<br>(201) 342-1800<br>DIRECT TEL. EXT. 227<br>———<br>FAX NO: (201) 342-1848<br>E-MAIL: RICHARD@KGALAW.COM | WAYNE OFFICE<br>48 MOUNTAINVIEW BLVD<br>WAYNE, NJ 07474<br>(973)696-1700<br>———<br>NEW YORK OFFICE<br>144 EAST 44TH STREET<br>NEW YORK, NY 10017<br>(212) 986-4848<br>———<br>1 EXECUTIVE BLVD - SUITE 202<br>SUFFERN, NY 10901<br>(914) 368-0104 |

April 28, 2008

OUR FILE NO.:

**VIA FACSIMILE**: (212) 805-6390
Honorable William H. Pauley, III
US Courthouse
500 Pearl Street
New York, New York 10007-1312

RECEIVED APR 30 2008 CHAMBERS OF WILLIAM H. PAULEY U.S.D.J.

Re:   United States and Ed Feuer
      Indictment # 07 Cr. 975

Dear Judge Pauley:

I am sending you this letter in furtherance of your request for a more of an explanation of my injury. I cannot get a detailed doctor's letter by today. The history is as follows:

I was on a trip to Bermuda and rented a moped on Wednesday, April 23, 2008. I had my son on the back and because it was out of balance, I lost control on a curve and hit a wall and the pavement. I suffered serious scrapes and contusions to my knee and my hand. I had stitches in my finger and suffered rib damage under my arm and damage to my shoulder. It is my understanding that the rear part the shoulder bone, the scapula, pulled away from the tissue it was attached to. All of these injuries have caused severe pain upon breathing and extraordinary pain when coughing. My doctor's advised that it will take 3-4 weeks to heal.

I am going today, April 29, 2008 for chest and rib x-rays to determine if there is any effect on the lungs. A copy of that prescription is attached.

I am also being medicated by Percocet, which is Oxycodone and Tylenol. Oxycodone, if you are not aware, is a synthetic narcotic, which is used to alleviate pain, but it also makes it difficult to concentrate, since it causes drowsiness and dizziness.

I have been further advised to take double strength Advil and antibiotics to prevent infection from the cuts and bruises.

I am enclosing copies of pictures of my knee and my hand, together with a copy of the prescription for the x-rays.

Honorable William H. Pauley, III
April 29, 2008
Page 2

      I look forward to resolving this matter, as soon as possible, however, I am unavailable for court appearances, until the injuries are healed.

      Should you have any questions, please do not hesitate to call.

      Respectfully submitted,

      KLEEBLATT, GALLER, ABRAMSON, LLC

By: _____
      Richard P. Galler, Esq.

RPG/md