**KLEEBLATT, GALLER ABRAMSON, LLC**
25 Main Street
Hackensack, New Jersey 07601
(201) 342-1800

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>vs.<br><br>EDWARD FEUER.<br><br>*Defendant.* | UNITED STATES OF AMERICA<br>SOUTHERN DISTRICT OF NEW YORK<br><br># 07 Cr. 975<br><br>Hon. William H. Pauley, III<br><br>**APPEARANCE** |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Edward Feuer.

I certify that I am admitted to practice in this court.

Dated: 5/1/08        By: _____
Richard P. Galler /71974/
Kleeblatt, Galler, Abramson, LLC
Hackensack, New Jersey 07601
(201) 342-1800
(201) 342-1848 (F)