KLEEBLATT, GALLER ABRAMSON, LLC
25 Main Street
Hackensack, New Jersey 07601
(201) 342-1800

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*Plaintiff,*<br><br>vs.<br><br>**EDWARD FEUER.**<br><br>*Defendant.* | UNITED STATES OF AMERICA<br>SOUTHERN DISTRICT OF<br>NEW YORK<br><br># 07 Cr. 975<br><br>Hon. William H. Pauley, III<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY    )
                      ) ss.:
COUNTY OF BERGEN      )

Melissa Delassalas, being duly sworn, deposes:

Deponent is not a party to the action and is over 18 years of age and is an employee of the law firm of Kleeblatt, Galler, Abramson, LLC, 25 Main Street, Hackensack, New Jersey.

On the 1, day of May, 2008 Deponent served a copy of a(n) (I) Order Suppressing Evidence, (II) Supporting Brief, (III) Certification of Exhibits, (IV) Motion in Limine, and (V) Witness List, upon the persons on Service List attached hereto, by depositing a true copy of same enclosed in a pre-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New Jersey by first class mail.

/s/ *Melissa Delassalas*
**Melissa Delassalas**

Sworn to before me this
9th day of May, 2008

_____
Notary Public
STACEY DINAPOLI AHRENS
A Notary Public of New Jersey
My Commission Expires _____

13

**SERVICE LIST**

Honorable William H. Pauley, III
US Courthouse
500 Pearl Street
New York, New York 10007-1312


United States Department of Justice
Southern District of New York
The Silvio J. Mollo Blg.
One Saint Andrews Plaza, NYC 10007
Attn: Mark Lanpher 212-637-2339

15

## WITNESS LIST

Dr. Robert Lloyd Goldstein, M.D.
405 East 54th Street
New York, New York, 10022