# KLEEBLATT, GALLER & ABRAMSON, L.L.C.

ROBERT J. KLEEBLATT
RICHARD P. GALLER*
RONALD M. ABRAMSON
IAN S. KLEEBLATT
THOMAS MC CONNELL

OF COUNSEL
ALAN A. DAVIDSON
LEONARD S. SINGER
NEAL FELLENBAUM*
JEFFREY H. ZEGEN+
JULIAN ALAN SCHULMAN*
*MEMBER OF NY AND NJ BAR
+MEMBER OF NY BAR ONLY

COUNSELLORS AT LAW
25 MAIN STREET
HACKENSACK, NJ  07601-7032

(201) 342-1800
DIRECT TEL. EXT. 227

FAX NO: (201) 342-1848

E-MAIL: RICHARD@KGALAW.COM

WAYNE OFFICE
48 MOUNTAINVIEW BLVD
WAYNE, NJ 07474
(973)696-1700

NEW YORK OFFICE
144 EAST 44TH STREET
NEW YORK, NY 10017
(212) 986-4848

1 EXECUTIVE BLVD - SUITE 202
SUFFERN, NY 10901
(914) 368-0104

OUR FILE NO.:

May 20, 2008

**VIA FACSIMILE**: (212) 805-6390
Honorable William H. Pauley, III
US Courthouse
500 Pearl Street
New York, New York 10007-1312

                Re:      United States and Ed Feuer
                           Indictment # 07 Cr. 975

Dear Judge Pauley:

Please find enclosed the Defendant's request to charge on certain issues.

1.       Affirmative Defense

The depiction did not portray a real minor an instruction should be given regarding establishing that the burden of proof is on the government to show that the depiction of the photographs are real children and that they are not composite photographs making them sexual in nature by Photoshop or other computer aided device. The Government should place the burden on the Government to establish that a real child was depicted. Ashcroft vs. Free Speech Coalition, 535 U.S. 234, 2002.

2.       The Government must prove that the Defendant was familiar enough with a cache file to make alterations to and use his computer in a proper manner. If the jury finds that the cache file was unknown to the Defendant and that his knowledge of computers was so limited as to prevent him from using such a file in a proper manner than the receipt to his computer of such alleged pornography is not proven. It is clear that the Defendant must knowingly possess and receive such information and that if the Defendant does not have a full understanding of cache files and how the internet works, he may not be convicted.

3.       The Defendant objects to a charge on similar act evidence as similar acts should not be admissible in this case.

Honorable William H. Pauley, III
May 20, 2008
Page 2

Thank you for your consideration in this regard.

Respectfully,

KLEEBLATT, GALLER, ABRAMSON, LLC

By: _____
Richard P. Galler

RPG/md