RPG-3553
KLEEBLATT, GALLER ABRAMSON, LLC
25 Main Street
Hackensack, New Jersey 07601
(201) 342-1800

| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA |
|---|---|
| Plaintiff, | SOUTHERN DISTRICT OF NEW YORK |
| vs. | #07 Cr. 975 |
| EDWARD FEUER | Hon. William H. Pauley, III |
| Defendant. | |

      The Defendant, Edward Feuer, respectfully request that the Court included the following questions in its examination of prospective jurors pursuant to rule 24A of the Federal Rules of Criminal Procedure, the Court is requested to pursue additional detailed questions, if appropriate.

1. Does the juror have any personal knowledge of how photographs are produced and manipulated in a computer?

2. Has the perspective juror ever use Photoshop or any other similar related photographic program for a computer?

3. Does the perspective juror print his own photographs on the computer?

4. Does the perspective juror use a digital camera?

5. Has the perspective juror ever seen any motion pictures that were completely digital, with no actual live actors?

6. Does the perspective juror view video games with non-live actors?

7. Is the perspective juror familiar with air brushing and photo manipulation? If so, how?

                        KLEEBLATT, GALLER, ABRAMSON, LLC
                        Attorneys for Defendant

                By:_____
Dated: May __, 2008            RICHARD P. GALLER, ESQ.