UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

                                                                  :    07 Cr. 975 (WHP)

                                                                  :    ORDER
          -against-

                                                                  :

ED FEUER,

                                                                  :
                   Defendant.
                                                                  :
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

       This Court received the attached letter from the defendant and now forwards it to counsel.

Dated: June 2, 2008
      New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                           U.S.D.J.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6-5-08]

*Counsel of record:*

Mark Lanpher, Esq.
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
*Counsel for Government*

Robert Galler, Esq.
Kleeblatt, Galler, & Abramson, L.L.C.
25 Main Street
Hackensack, NJ 07601
*Counsel for Defendant*



May 28, 2008
Edward Feuer
1275 15th St., Apt 7C
Fort Lee NJ 07024

Hon William H. Pauley III
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Dear Judge Pauley:

    After reading an excerpt of the testimony given by S.A. Dattoria of GSA OIG to the federal grand jury, I feel compelled to address the court regarding this matter.

    Contrary to Mr. Dattoria's assertion to the grand jury, that I stated to him that I was "willing to talk" in his custody, I stated exactly the opposite to him that "I have nothing to say". Mr. Dattoria was stating a falsehood to the grand jury.

    Additionally, I did not give consent to a search of my person on July 20, 2007 by Mr Dattoria as the document that I signed purports to suggest. I was not just subjected to a pat down. My pockets were emptied and my wallet

was taken apart while I was handcuffed behind my back. I had no opportunity to object. Only after did GSA OIG provide me with a search and consent form.

This is the information that I wanted to convey to the court on May 27, 2008. Your attention is appreciated.

Sincerely,
Eduard [signature]