USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-27-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

Ed Feuer,

Defendant.

07 Cr. 975 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

This Court received the attached letter from the defendant and now forwards it to counsel.

Dated: June 27, 2008
New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of record:*

Mark Lanpher
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
*Counsel for Government*

Richard P. Galler, Esq.
Kleeblatt, Galler, Abramson & Zakim
25 Main Street, Court Plaza North
Hackensack, NJ 07601
*Counsel for Defendant*

RECEIVED
JUN 25 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

[illegible]